## DAVIS v. STATE.

### No. 18835.

Court of Criminal Appeals of Texas.

Feb. 24, 1937.

R. Temple Dickson, of Sweetwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing for sale intoxicating liquor in local option territory, punishment being a fine of $100.

No bills of exception or statement of facts are brought forward. Nothing is presented for review.

The judgment is affirmed.